**Order filed September 19, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00836-CV
_____

## IN THE INTEREST OF J.P. AND J.P., MINOR CHILDREN

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2010-81181**

## O R D E R

Appellant A.B. filed a brief on May 11, 2017. We struck that brief on August 1, 2017, because it did not comply with Texas Rule of Appellate Procedure 38.1. We ordered A.B. to file a compliant brief by August 31, 2017. We cautioned that if A.B. failed to file a compliant brief by that date, we may dismiss the appeal for want of prosecution. No brief or motion for extension of time has been filed.

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Supreme Court of Texas issued Misc. Docket No. 17-9091, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case.

Accordingly, A.B. is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **October 2, 2017**. If A.B. does not file such a brief, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM